No. 77–1033.   BRISCOE, GOVERNOR OF TEXAS, ET AL. *v.* ESCALANTE ET AL.   Affirmed on appeal from D. C. W. D. Tex.

No. 77–957.   HUTTER *v.* KORZEN, TREASURER OF COOK COUNTY.   Appeal from App. Ct. Ill., 1st Dist., dismissed for want of substantial federal question.

No. 77–979.   APPALACHIAN POWER Co. *v.* PUBLIC SERVICE COMMISSION OF WEST VIRGINIA.   Appeal from Sup. Ct. App. W. Va. dismissed for want of substantial federal question.

(See also No. 77–6018, *infra.*)

No. A–666.   O'LEARY *v.* PALMER ET AL.   Sup. Ct. Ohio. Application for stay, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. D–105.   IN RE DISBARMENT OF SALTZER.   Disbarment entered.   [For earlier order, see 431 U. S. 912.]

No. D–120.   IN RE DISBARMENT OF BOZNOS.   Disbarment entered.   [For earlier order, see 434 U. S. 900.]

No. D–131.   IN RE DISBARMENT OF GIBSON.   It is ordered that Truman Kella Gibson, Jr., of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.